*Edward Jerome* and *Horace A. Teass* for appellant.
*Walter M. Hinkle* and *Robert G. Lind* for respondent.

Appeal dismissed, with costs, on the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL MAINELLO, Appellant.

Argued November 17, 1947; decided January 8, 1948.

*William B. Mahoney* for appellant.

*Gordon Steele, District Attorney (John J. Kane* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.